Submitted January 11, affirmed February 21, petition for review allowed July 3, 2013 (353 Or 787)

In the Matter of the Marriage of

Steven Allan CHASE,
*Petitioner-Appellant,*
*and*

STATE OF OREGON,
*Petitioner below,*
*and*

Cathy Lynn CHASE,
*Respondent-Respondent.*

No appearance for respondent.

